IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PAUL JAQUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-01203-WMA-TMP |
| ) | |
| SCOTT HASSELL, *Chief Deputy of* ) | |
| *Detention, et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On August 26, 2014, the petitioner in the above-styled cause filed a stipulation of dismissal. (Doc. 10). The petitioner has been released pursuant to an Order of Supervision. (Doc. 10, p. 4). Accordingly, the petitioner affirms that the issues raised in the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 are moot. The parties have agreed that the petition should be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT. A corresponding order will be entered contemporaneously herewith.

DATED the 23rd day of September, 2014.

```
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE
```